

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00235-CV

**JAMES LEONARD
& LEONARD LAW FIRM, PLLC,**

                                                    **Appellants**

 **v.**

**JAMES GRANT AND BEVERLY GRANT,**

                                                    **Appellees**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 80,313

## MEMORANDUM  OPINION

Appellants have filed a "Motion to Dismiss."  *See* TEX. R. APP. P. 42.1(a)(1).  It states that Appellants no longer wish to prosecute their claims against Appellees. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.


                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Motion granted; appeal dismissed
Opinion delivered and filed August 25, 2010
[CV06]